**Order entered April 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01054-CV**

**RETAIL SERVICES WIS CORPORATION D/B/A**
**PRODUCT CONNECTIONS, ET AL., Appellants**

**V.**

**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

**ORDER**

On March 4, 2021, we ordered the trial court to conduct a hearing regarding whether to seal certain exhibits and testimony from the trial court's October 20, 2020 temporary injunction hearing. Pursuant to that order, appellee has filed a response with the trial court's April 4, 2020 Order Granting Motion for Permanent Sealing Order attached. On April 8, 2020, a three-volume reporter's record from the trial court's temporary injunction hearing was filed under seal. Because the trial court sealed only limited testimony and one exhibit, we **ORDER** the

following. We **ORDER** volume one (Master Index) to be unsealed. We **ORDER** Deputy Official Court Reporter Janessa Thornell, to file, **within ten days** of the date of this order, an unsealed volume two that redacts the following testimony that the trial court ordered sealed: 66:13-67:21; 68:10-14; 70:5-71:4; 73:15-74:19; 85:3-88:12; 104:17-105:15; 105:24; 106:9; 106:12-18; 111:24-112:3; 114:2; and 136:14-18. We **STRIKE** volume three (Exhibits). We **ORDER** Ms. Janessa Thornell to file, **within ten days** of the date of this order, a sealed exhibits volume containing Plaintiff's Exhibit 34 that the trial court ordered sealed and an unsealed exhibits volume containing the remaining exhibits.

We **DIRECT** Collin County District Clerk Lynne Finley to file, **within ten days** of the date of this order, a supplemental clerk's record containing the trial court's April 4, 2020 sealing order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Thornell; Ms. Finley; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE